## Speer *v.* Monongahela Railroad Co., Appellant (No. 2).

Argued May 8, 1916. Appeal, No. 419, Jan. T., 1915, by defendant, from judgment of C. P. Fayette Co., Sept. T., 1911, No. 310, on verdict for plaintiff in case of Louise

Dawson Speer, Executrix of Sara Dawson Speer; deceased, v. Monongahela Railroad Company. Before BROWN, C. J., POTTER, MOSCHZISKER, FRAZER and WALLING, JJ. Reversed.

Appeal from award of viewers. Before VAN SWEARINGEN, P. J.

Verdict for plaintiff for $7,666.66 2-3 and judgment thereon. Defendant appealed.

*Errors assigned* were, among others, (1) in refusing defendant's motion for judgment n. o. v., (2, 3) refusing to direct a verdict for the defendant, and (4) the charge of the court.

*W. J. Sturgis,* with him *S. J. Morrow,* for appellant.

*E. C. Higbee,* of *Higbee, Sterling & Matthews,* with him *F. P. Rush,* of *Johnson and Rush,* for appellee.

OPINION BY MR. JUSTICE POTTER, October 2, 1916:

In this appeal, substantially the same questions are raised, as in that at No. 420, January Term, 1915, in which an opinion has just been filed. The reasons for the decision in that case are controlling here.

The first, second, third and fourth assignments of error are, therefore, sustained, and the judgment is reversed.